**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01153CMA-BNB

MARC MILLET,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, and
SHERIFF DOUGLAS N. DARR, in his official and individual capacity,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
CERTAIN DEFENDANTS AND TO AMEND CAPTION**

---

    This matter is before the Court on the parties' Stipulation of Dismissal (Doc. # 20). The Court has reviewed the Stipulation and ORDERS as follows:

    Defendants Adams County Sheriff's Office and Sheriff Douglas N. Darr, in his individual capacity, are hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Adams County Sheriff's Office and Sheriff Douglas N. Darr, in his individual capacity, as Defendants in this case, and shall indicate Sheriff Douglas N. Darr, in his official capacity, as the remaining Defendant.

    DATED: September __12__, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge