**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01153-CMA-BNB

MARC MILLET,

    Plaintiff,

v.

SHERIFF DOUGLAS N. DARR, in his official capacity,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. # 26), signed by the attorneys for the parties hereto, the Court hereby approves the Stipulation and ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his own attorney fees and costs.  It is

FURTHER ORDERED that all of Plaintiff's remaining claims against Defendant Sheriff Darr, in his official capacity, are dismissed with prejudice, and all other claims, complaints and causes of action that were or could have been asserted by Plaintiff, including but not limited to any claims, complaints or causes of action that Plaintiff has or could have asserted against any of the following individuals:  Douglas Darr (in his individual capacity), Katrina Walker, Sergeant Ron Lase, Sergeant/Lieutenant Roger

Kelley, Sergeant Lash, Lieutenant Benson, Captain Ester, Undersheriff Engelsman, and Sergeant Whytock; are dismissed with prejudice and will not be pursued by Plaintiff.

DATED:  January  22 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge